IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JACKIE VICKERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 09-00069-CG-B |
| | ) |
| **OFFICE OF CHILD SUPPORT,** | ) |
| **ENFORCEMENT, QUINCY, FLORIDA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the report and recommendation issued by the Magistrate on April 2, 2009 (Doc. 12), and the plaintiff's motion for voluntary dismissal filed on April 7, 2009 (Doc. 13).

In light of the plaintiff's motion, and after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendant's Motion to Dismiss is hereby **GRANTED**.

**DONE and ORDERED**  this 7th  day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE